Tommy BARRETT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28485.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of beer and wine for the purpose of sale in a dry area; the punishment, a fine of $350.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.